

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00121-CV

**PROGRESSIVE PREMIER INSURANCE COMPANY OF ILLINOIS** and The Progressive Corporation,
Appellants

v.

Maria **CONTRERAS**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2023CVA001920D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, appellants' motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed against appellants. *See id*. 42.1(d).

SIGNED August 13, 2025.

_____
Adrian A. Spears II, Justice